IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

JOHN COHEA,
and others similarly situated,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　C.A. No.: 3:22-cv-55
　　　　　　　　　　　　　　　　　　　　　　　**COLLECTIVE ACTION**

OLIN CORPORATION,

    Defendant
_____/

**JOINT REQUEST FOR HEARING TO**
**APPROVE SETTLEMENT AGREEMENT AND NOTICE**

    Plaintiff John Cohea and Defendant Olin Corporation, by and through their undersigned counsel, together request this Court to set an oral hearing to approve the Parties' settlement of their *bona fide* dispute under the Fair Labor Standards Act. The Parties do not intend to file the Settlement Agreement or Notice but will present them to the Court during the hearing and their provisions made be memorialized in the transcript at the Court's discretion.

Dated: January 20, 2023

-2-

Respectfully submitted,

| ROSS • SCALISE LAW GROUP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| */s/ Charles L. Scalise* by perm. BGP<br>Charles L. Scalise<br>Texas Bar No. 24064621<br>1104 San Antonio Street<br>Austin, Texas 78701<br>Telephone: (512) 474-7677<br>Facsimile: (512) 474-5306<br>Email: charles@rosslawgroup.com<br><br>*Attorneys for Plaintiff* | */s/Brian G. Patterson*<br>Brian G. Patterson<br>Texas Bar No. 24042974<br>Federal ID No. 909785<br>1111 Louisiana Street, 44th Floor<br>Houston, TX 77002<br>Telephone: (713) 250-2214<br>Email: bpatterson@akingump.com<br><br>Robert G. Lian, Jr. (Admitted *pro hac vice*)<br>D.C. Bar No. 446313<br>Telephone: (202) 887-4000<br>Email: blian@akingump.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Brian G. Patterson*
Brian G. Patterson