United States District Court
Southern District of Texas
**ENTERED**
January 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

JOHN COHEA,
and others similarly situated,

    Plaintiffs,

v.

OLIN CORPORATION,

    Defendant

C.A. No.: 3:22-cv-55
**COLLECTIVE ACTION**

## ORDER GRANTING APPROVAL OF SETTLEMENT AGREEMENT AND NOTICE

BEFORE THE COURT is the parties' request for approval of settlement. After due consideration of the Settlement Agreement and Notice during the oral hearing, the Court hereby ORDERS that the request is GRANTED and approves the parties' Settlement Agreement and Notice.

Dated this 26TH day of January, 2023.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE