IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

JOHN COHEA,
and others similarly situated,

    Plaintiffs,

v.

OLIN CORPORATION,

    Defendant

_____/

C.A. No.: 3:22-cv-55
**COLLECTIVE ACTION**

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this day, came on to be heard the Joint Stipulation for Dismissal with Prejudice filed by the Parties.

IT IS ORDERED, that all claims asserted or that could have been asserted by Plaintiff, JOHN COHEA, against Defendant, OLIN CORPORATION, in this action are hereby dismissed, **with prejudice**, each Party bearing their own attorney's fees and costs.

SIGNED this ___6TH___ day of ___February___, 2023.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate